# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3225
_____

S.G.,

Appellant,

v.

FLORIDA STATE HOSPITAL,

Appellee.

_____

On appeal from the Division of Administrative Hearings.
Meredith C. Hinshelwood, Administrative Law Judge.

June 24, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, WINOKUR, and TREADWELL, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Claudia P. Humphrey, Assistant Attorney General, Tallahassee, for Appellee.